VERMONT SUPERIOR COURT  
Windham Unit  
7 Court Street  
Newfane VT 05345  
802-365-7979  
www.vermontjudiciary.org



CIVIL DIVISION  
Case No. 24-CV-03436

---

**Erica Brown v. Walmart**

## ENTRY REGARDING MOTION

Title:       Document(s) Filed Notice of Filing Notice of Removal (Motion: )  
Filer:       Danielle Y. Vanderzanden  
Filed Date:  October 02, 2024

Plaintiff's request is GRANTED. The Court will take no further action in this case unless and until the case is remanded, or the Court receives notice that the case has closed.

**So ordered.**

Electronically signed on October 3, 2024 pursuant to V.R.E.F. 9(d).

*Rachel M. Malone*

Rachel M. Malone  
Superior Court Judge